IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| In re | ) | CHAPTER 7 |
|---|---|---|
| | ) | |
| MARK ADAM WESTERFIELD | ) | CASE NO. 4-08-11420-JMM |
| VICTORIA HEATHER | ) | |
| WESTERFIELD | ) | **PETITION TO PAY DIVIDEND IN** |
| | ) | **THE AMOUNT LESS THAN $5.00** |
| Debtor(s). | ) | **TO THE CLERK OF THE U. S.** |
| | ) | **BANKRUPTCY COURT** |
| | ) | |

Stanley J. Kartchner, Trustee, reports that the following dividend(s) in amounts less than $5.00 were declared, and that pursuant to Bankruptcy Rule 3010 requests that such dividend(s) not be distributed to creditors, but shall be treated in the same manner as unclaimed funds as provided in 347 of the code.

| Claim No. | Creditors Name and Address | Amount Allowed | Amount Paid |
|---|---|---|---|
| 8 | Universal Collections Systems<br>5240 Mendenhall Park Pl<br>Memphis TN 38115 | $128.36 | $1.36 |
| 10 | NSL<br>1753 Boxelder St.<br>Louisville CO 80027 | $68.27 | $.73 |

Dated: November 2, 2010        /s/ SJK_____
                               Stanley J. Kartchner, Trustee